JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JOHN HAROLD IVES, | CV 22-6859-DSF (AGR) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| M. GAMBOA, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: January 5, 2026

_____
DALE S. FISCHER
United States District Judge